FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0465

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS RALPH BRISTOW,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. Upon receipt from Court Reporter Kendra Steppler the transcript of the district court's July 17, 2019, hearing shall be filed in this cause.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022